UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.  26-CR-48 |
| **CHRISTIAN HALL,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

On March 2, 2026, at the defense's request and with the agreement of the government, the Court ordered that Ms. Hall[1] undergo a preliminary forensic screening as to competency with Dr. Teresa Grant, a licensed clinical psychologist with the D.C. Department of Behavioral Health, Pretrial and Assessment Branch. (*See* ECF No. 7.) In keeping with the Court's Order, Dr. Grant completed her examination and submitted a report to the Court on March 10, 2026. (*See* ECF No. 10.) Based on Dr. Grant's report, the Court now finds there is reasonable cause to believe that a full mental competency examination is warranted.

Accordingly, it is hereby **ORDERED**, pursuant to 18 U.S.C. §§ 4241(b) and 4247(b), that Ms. Hall be committed to the custody of the Attorney General of the United States for a period not to exceed 30 days for placement in a suitable facility for a competency examination. The examination shall be conducted by a licensed or certified psychiatrist and/or psychologist, or more than one such examiner. A report shall be prepared by the examiner(s) and shall be filed under seal with the Court with copies provided to counsel for Ms. Hall and to government counsel.

---

[1] During today's hearing, the Court learned that Defendant prefers to be referred to as "Ms. Hall" rather than "Mr. Hall." The Court therefore uses the feminine honorific "Ms." throughout this ruling.

The report shall address, at a minimum:

(1) The defendant's history and any present mental health symptoms relevant to her legal competency;

(2) A description of the psychiatric, psychological, and medical tests that were employed and their results;

(3) The examiner's findings;

(4) The examiner's opinions as to diagnosis and prognosis; and

(5) Whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that they are unable to understand the nature and consequences of the proceedings against them or to assist properly in their defense.

It is further **ORDERED** that the United States Marshals Service ("USMS") shall transport Ms. Hall to a designated facility for the examination. To the extent practical, and based on Ms. Hall's request, the Court recommends that Ms. Hall be housed in the female unit of the facility, which would be consistent with Ms. Hall's current housing designation at the Central Treatment Facility at the D.C. Jail, as reported by defense counsel.

It is further **ORDERED** that until such time as Ms. Hall may be found competent to stand trial, any "delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant" will be excluded pursuant to 18 U.S.C. § 3161(h)(1)(A) in computing time for all purposes and calculations under the Speedy Trial Act.

It is further **ORDERED** that, pursuant to 18 U.S.C. § 3161(h)(1)(F), a presumptive delay of ten (10) days resulting from Ms. Hall's transportation to and from the designated facility for purposes of the competency examination will be excluded from the time within which trial must commence. Any additional delay resulting from the Ms. Hall's transportation between this District and the suitable facility for examination that exceeds ten (10) days is presumptively unreasonable and shall not be excluded under the Speedy Trial Act. Accordingly, the Court requests that, given the importance of promptly and timely examining Ms. Hall as ordered, coupled with the

restrictions of the Speedy Trial Act, USMS makes every effort to transfer the defendant promptly and directly to and from the suitable facility, without intermediate stops or holdovers.

It is further **ORDERED** that on **April 20, 2026,** at **11:00 AM**, the parties shall appear for a status hearing. The Court is prepared to waive Ms. Hall's presence for such hearing. Counsel for the government shall be prepared to address at the hearing: (a) the status of Ms. Hall's placement at a suitable facility for the competency evaluation; (b) Ms. Hall's transportation to that facility by USMS; and (c) any other relevant updates that counsel is positioned to share.

It is further **ORDERED** that the parties appear for a competency hearing on **June 5, 2026**, at **10:30 AM** before Magistrate Judge Matthew J. Sharbaugh.

**SO ORDERED**.

Date: March 12, 2026

_____
MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE